## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case Number: 99-80714-1

v.                                      JUDGE PAUL D. BORMAN
                                           MAG. JUDGE STEVEN D. PEPE
ROBERT DOWER,                     UNITED STATES DISTRICT COURT

        Defendant.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Defendant's Motion for Reconsideration. Having reviewed that Report and Recommendation, Plaintiff's objections thereto, and Defendant's response to those objections, the Court enters as its findings and conclusions the Report and Recommendation denying Defendant's Motion for Reconsideration.

      **SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 20, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 20, 2006.

                                              s/Jonie Parker
                                              Case Manager